Tracey Lyn Jarzombek, Esq., (TJ-3972)
White & McSpedon, P.C.
875 Avenue of the Americas, Suite 800
New York, NY 10001
212-564-6633

Attorneys for Defendants:
CITIGROUP I/S/H/A CITIBANK, N.A., STATE STREET BANK
AND TRUST COMPANY AS OWNER TRUSTEE OF ZSF/OFFICE
NY TRUST (solely in connection with their alleged ownership or occupancy
of 111 Wall Street), 111 WALL STREET, LLC (solely in connection with
their alleged ownership or occupancy of 111 Wall Street) and
230 CENTRAL CO., LLC (solely in connection with their alleged ownership
or occupancy of 111 Wall Street),

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 102 (AKH)
JOHN SEAGRIFF (AND WIFE, PATTY SEAGRIFF)
                                                               Index No.: 07-CV-05387
                          Plaintiffs,
                                                               **NOTICE OF ADOPTION OF ANSWER**
          -against-                                            **TO MAST COMPLAINT**

111 WALL STREET LLC, ET. AL.                                   **ELECTRONICALLY FILED**

                          Defendants.
-----------------------------------------------------------X

    PLEASE TAKE NOTICE, that defendants, CITIGROUP I/S/H/A CITIBANK, N.A., STATE STREET BANK AND TRUST COMPANY AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST (solely in connection with their alleged ownership or occupancy of 111 Wall Street), 111 WALL STREET, LLC (solely in connection with their alleged ownership or occupancy of 111 Wall Street) and 230 CENTRAL CO., LLC (solely in connection with their alleged ownership or occupancy of 111 Wall Street), by their attorneys, White & McSpedon, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which

was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendants, CITIGROUP I/S/H/A CITIBANK, N.A., STATE STREET BANK AND TRUST COMPANY AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST (solely in connection with their alleged ownership or occupancy of 111 Wall Street), 111 WALL STREET, LLC (solely in connection with their alleged ownership or occupancy of 111 Wall Street) and 230 CENTRAL CO., LLC (solely in connection with their alleged ownership or occupancy of 111 Wall Street), demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 5, 2008

                                        Yours etc.,

                                        WHITE & MCSPEDON, P.C.

By: _____
Tracey Lyn Jarzombek, Esq. (3972)
875 Avenue of the Americas, Suite 800
New York, NY 10001
(212) 564-6633
*Attorneys for Defendants*
CITIGROUP I/S/H/A CITIBANK, N.A., STATE STREET BANK AND TRUST COMPANY AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST *(solely in connection with their alleged ownership or occupancy of 111 Wall Street), 111 WALL STREET, LLC (solely in connection with their alleged ownership or occupancy of 111 Wall Street) and 230 CENTRAL CO., LLC (solely in connection with their alleged ownership or occupancy of 111 Wall Street),*

TO:
(Service via electronic Pacer filing)

WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site Litigation
115 Broadway, 12th Floor
New York, NY 10006
212-267-3700

LAW OFFICES OF GREGORY J. CANNATTA
233 Broadway, 5th Floor
New York, NY 10279

All Defense Counsel